# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**OUMAR NZEYIMANA,**

    **Petitioner,**

    v.

**WILLIAM BARR, et al.,**

    **Respondents.**

**CASE NO. 2:20-CV-2184**
**CHIEF JUDGE ALGENON L. MARBLEY**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

On September 14, 2020, the Magistrate Judge issued a Report and Recommendation recommending that Respondent's Motion to Dismiss (ECF No. 13) be granted and that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be dismissed. (ECF No. 14.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 14) is **ADOPTED** and **AFFIRMED.** The Motion to Dismiss (ECF No. 13) is **GRANTED.** This action is hereby **DISMISSED.**

Petitioner's motions for declaratory and injunctive relief (ECF No. 5) are **DENIED,** as moot.

Petitioner has waived his right to appeal by failing to file objections.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6 th Cir. 1981). The Court therefore **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED**.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED:  November 2, 2020